**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01018-CR

**STEPHEN COLEMAN SHOCKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82727-09**

## ORDER

The Court **REINSTATES** this appeal.

On August 29, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) appellant is represented by G. Talmadge Nix, III, who was retained to represent appellant at trial and has continued to represent appellant on appeal; and (4) appellant should be granted until December 1, 2013.

We **ORDER** appellant to file his brief by **MONDAY, DECEMBER 2, 2013**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will

utilize the available remedies, which may include ordering the appointment of new counsel to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ray Wheless, Presiding Judge,  366th Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE
